IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLLIS STRINGFIELD, | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 3:23-CV-75-KFP |
| WESTROCK SERVICES, LLC, | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of parties' Joint Stipulation of Dismissal (Doc. 22), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice with the parties each to bear their own costs. The Clerk of Court is DIRECTED to close this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

DONE this 6th day of March, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE